UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD ROBERT WETLE,<br>　　　　Plaintiff,<br>　　v.<br>DUANE MORRIS LLP, et al.,<br>　　　　Defendants. | Case No. 19-cv-02451-EMC<br><br>**ORDER TO SHOW CAUSE**<br>Docket No. 14 |

Plaintiff Gerard Wetle has filed suit against Defendants Duane Morris LLP and Zhaoyang Li. Mr. Wetle asserts claims for, *inter alia*, legal malpractice and breach of fiduciary duty. Mr. Li filed a motion to dismiss on November 19, 2019. According to Mr. Li, there is no subject matter jurisdiction over the case. *See* Docket No. 14 (motion). Mr. Wetle's opposition was due on December 3, 2019; however, no opposition brief was filed. Accordingly, the Court hereby orders Mr. Wetle to show cause as to why his claims against Mr. Li should not be dismissed for failure to prosecute. The response to this order to show cause is due within one week of the date of this order. In the response, Mr. Wetle shall also address the merits of Mr. Li's motion to dismiss. Mr. Wetle is forewarned that, if he does not timely file a response to the order to show cause, the Court shall dismiss the claims against Mr. Li with prejudice. In light of this order to show cause, the hearing on Mr. Li's motion to dismiss is temporarily **VACATED**.

**IT IS SO ORDERED**.

Dated: December 6, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge